IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., ALCON VISION, LLC, and ALCON LABORATORIES, INC., </br></br> Plaintiffs, </br></br> v. </br></br> PADAGIS ISRAEL PHARMACEUTICALS LTD., PADAGIS US LLC, and PADAGIS LLC, </br></br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-1422-WCB ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 6, 2023, the following document was served on the persons listed below in the manner indicated:

1.  Plaintiffs' Initial Infringement Contentions

**BY EMAIL**

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

William R. Zimmerman
Carol Pitzel Cruz
Andrew Morrell. Ph.D.
Andrea Cheek
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20006
(202) 640-6400
bill.zimmerman@knobbe.com
carol.pitzel.cruz@knobbe.com
andrew.morrell@knobbe.com
andrea.cheek@knobbe.com

| | |
|---|---|
| OF COUNSEL:<br>Elizabeth J. Holland<br>Daniel P. Margolis<br>Mena Gaballah<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300<br><br>William G. James<br>Michael Bruns<br>Michelle Bone<br>ALLEN & OVERY LLP<br>1101 New York Avenue, NW<br>Washington, D.C.<br>(202) 683-3800<br><br>Katherine P. Kieckhafer<br>ALLEN & OVERY LLP<br>One Beacon Street<br>Boston, MA 02108<br>(857) 353-4500<br><br>Dated:  April 6, 2023 | */s/ Emily S. DiBenedetto*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Plaintiffs* |