IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., ALCON VISION, LLC, and ALCON LABORATORIES, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-1422-WCB ) |
| PADAGIS ISRAEL PHARMACEUTICALS LTD., PADAGIS US LLC, and PADAGIS LLC, | ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

The parties hereby stipulate and agree, subject to the approval of the Court, that the claim construction briefing schedule shall be amended as follows:

| Event | Original Date | Proposed Amended Date |
|---|---|---|
| Padagis Responsive Brief | July 20, 2023 | July 24, 2023 |
| Alcon Reply Brief | July 27, 2023 | August 4, 2023 |
| Padagis Sur-Reply Brief | August 3, 2023 | August 11, 2023 |
| Deadline to Meet and Confer | August 10, 2023 | August 18, 2023 |

/s/ *Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

/s/ *Megan C. Haney*
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
Megan C. Haney (No. 5016)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
mch@pmhdelaw.com
*Attorneys for Defendants*

edibenedetto@shawkeller.com
*Attorneys for Plaintiffs*

Dated: July 17, 2023

    SO ORDERED this _____ day of _____, 2023.

                    _____
                           Judge William C. Bryson