IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., ALCON VISION, LLC, and ALCON LABORATORIES, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>PADAGIS ISRAEL PHARMACEUTICALS LTD., PADAGIS US LLC, and PADAGIS LLC,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 22-1422-WCB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND DEADLINES**

WHEREAS, the Court previously entered a Scheduling Order governing this case (D.I. 19);

WHEREAS, fact discovery is set to close on January 25, 2024;

WHEREAS, the parties have proceeded with discovery but request additional time to complete fact discovery;

WHEREAS, the parties certify, pursuant to District of Delaware Local Rule 16.4, that counsel for each party has sent a copy of this request to their respective clients;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the deadlines in this action are extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Final Contentions | January 10, 2024 | January 25, 2024 |
| Close of Fact Discovery | January 25, 2024 | February 1, 2024 |
| Opening Expert Reports | February 22, 2024 | February 29, 2024 |
| Supplemental Expert Report | April 4, 2024 | April 11, 2024 |
| Reply Expert Reports (secondary considerations only) | May 2, 2024 | May 9, 2024 |
| Close of expert discovery | May 28, 2024 | June 4, 2024 |
| Case dispositive and Daubert Motions | June 20, 2024 | June 27, 2024 |

*/s/ Emily S. DiBenedetto*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiffs*

*/s/ Megan C. Haney*
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
Megan C. Haney (No. 5016)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
mch@pmhdelaw.com
*Attorneys for Defendants*

Dated: January 9, 2024

No further extensions will be entertained absent a showing of good cause.

SO ORDERED this 9th day of January, 2024.

WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE