IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., ALCON VISION, LLC, and ALCON LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PADAGIS ISRAEL PHARMACEUTICALS LTD., PADAGIS US LLC, and PADAGIS LLC, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-1422-WCB ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 29, 2024, the following documents were served on knobbe.brimbrinz@knobbe.com the persons listed below in the manner indicated:

1. Opening Expert Report of Nicholas Ahlemeyer, Ph.D.

2. Opening Expert Report of William L. Jorgensen, Ph.D.

3. Opening Expert Report of Steven R. Little, Ph.D.

4. Opening Expert Report of Dwight R. Stoll, Ph.D.

5. Opening Expert Report Of George G. Zhanel, Ph.D.

**BY EMAIL**

| | |
|---|---|
| John C. Phillips, Jr. <br> Megan C. Haney <br> PHILLIPS, MCLAUGHLIN & HALL, P.A. <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com | William R. Zimmerman <br> Carol Pitzel Cruz <br> Andrea Cheek <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 1717 Pennsylvania Avenue, N.W. <br> Suite 900 <br> Washington, DC 20006 <br> (202) 640-6400 <br> bill.zimmerman@knobbe.com <br> carol.pitzel.cruz@knobbe.com <br> andrea.cheek@knobbe.com |

|  |  |
|---|---|
| OF COUNSEL:<br>Elizabeth J. Holland<br>Daniel P. Margolis<br>Mena Gaballah<br>Ayyan Zubair<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300<br><br>William G. James<br>Michelle Bone<br>ALLEN & OVERY LLP<br>1101 New York Avenue, NW<br>Washington, D.C.<br>(202) 683-3800<br><br>Katherine P. Kieckhafer<br>ALLEN & OVERY LLP<br>One Beacon Street<br>Boston, MA 02108<br>(857) 353-4500<br><br>Dated:  March 1, 2024 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Plaintiffs* |