IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., ALCON VISION, LLC, and ALCON LABORATORIES, INC., | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 22-1422-WCB ) |
| PADAGIS ISRAEL PHARMACEUTICALS LTD., PADAGIS US LLC, and PADAGIS LLC, | ) ) ) ) |
| Defendants. | ) ) |

## **STIPULATION AND ORDER**

The parties submitted a stipulation and proposed order to extend time at D.I. 125. The motion is GRANTED in part and DENIED in part. The deadlines are as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Supplemental Expert Report | April 11, 2024 | April 25, 2024 |
| Reply Expert Reports (secondary considerations only) | May 9, 2024 | May 9, 2024 |
| Close of Expert Discovery | June 4, 2024 | June 4, 2024 |
| Case dispositive and Daubert Motions | June 27, 2024 | June 27, 2024 |
| Responsive Brief | July 11, 2024 (date not specified in scheduling order; default per local rules) | July 11, 2024 |
| Reply Brief | July 18, 2024 (date not specified in scheduling order; default per local rules) | July 18, 2024 |
| Trial | October 21, 2024 | October 21, 2024 |

SO ORDERED this 2nd day of April, 2024.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE