IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., ALCON VISION, LLC, and ALCON LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PADAGIS ISRAEL PHARMACEUTICALS LTD., PADAGIS US LLC, and PADAGIS LLC, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-1422-WCB ) ) ) ) ) ) ) |

**STIPULATION AND ORDER TO EXTEND DEADLINES**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline to file redacted versions of the letters to the Court regarding Defendants' request for supplemental claim construction briefing (D.I. 127, 128, 129) shall be extended to and through April 30, 2024.

| | |
|---|---|
| */s/ Andrew E. Russell* <br> John W. Shaw (No. 3362) <br> Karen E. Keller (No. 4489) <br> Andrew E. Russell (No. 5382) <br> Emily S. DiBenedetto (No. 6779) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> arussell@shawkeller.com <br> edibenedetto@shawkeller.com <br> *Attorneys for Plaintiffs* | */s/ Megan C. Haney* <br> John C. Phillips, Jr. (No. 110) <br> Megan C. Haney (No. 5016) <br> PHILLIPS, MCLAUGHLIN & HALL, P.A. <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com <br> *Attorneys for Defendants* |

Dated: April 25, 2024

SO ORDERED this 25th day of April, 2024.

_____
Judge William C. Bryson