IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., ALCON VISION, LLC, and ALCON LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PADAGIS ISRAEL PHARMACEUTICALS LTD., PADAGIS US LLC, and PADAGIS LLC, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 22-1422-WCB ) ) ) ) ) ) ) |

**STIPULATION AND ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to submit a redacted version of docket items 140, 141 and 142 is extended through and including May 17, 2024.

/s/ *Andrew E. Russell* <br>
John W. Shaw (No. 3362) <br>
Karen E. Keller (No. 4489) <br>
Andrew E. Russell (No. 5382) <br>
Emily S. DiBenedetto (No. 6779) <br>
SHAW KELLER LLP <br>
I.M. Pei Building <br>
1105 North Market Street, 12th Floor <br>
Wilmington, DE 19801 <br>
(302) 298-0700 <br>
jshaw@shawkeller.com <br>
kkeller@shawkeller.com <br>
arussell@shawkeller.com <br>
edibenedetto@shawkeller.com <br>
*Attorneys for Plaintiffs*

/s/ *Megan C. Haney* <br>
John C. Phillips, Jr. (No. 110) <br>
David A. Bilson (No. 4986) <br>
Megan C. Haney (No. 5016) <br>
PHILLIPS, MCLAUGHLIN & HALL, P.A. <br>
1200 North Broom Street <br>
Wilmington, DE 19806 <br>
(302) 655-4200 <br>
jcp@pmhdelaw.com <br>
dab@pmhdelaw.com <br>
mch@pmhdelaw.com <br>
*Attorneys for Defendants*

Dated: May 9, 2024

SO ORDERED this 9th day of May, 2024.

*William C. Bryson*

Judge William C. Bryson