IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., ALCON VISION, LLC, and ALCON LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PADAGIS ISRAEL PHARMACEUTICALS LTD., PADAGIS US LLC, and PADAGIS LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-1422-WCB |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline to file a redacted version of D.I. 161 shall be extended to and through May 31, 2024.

| | |
|---|---|
| */s/ Nathan R. Hoeschen* <br> John W. Shaw (No. 3362) <br> Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> Andrew E. Russell (No. 5382) <br> Emily S. DiBenedetto (No. 6779) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> arussell@shawkeller.com <br> edibenedetto@shawkeller.com <br> *Attorneys for Plaintiffs* | */s/ Megan C. Haney* <br> John C. Phillips, Jr. (No. 110) <br> Megan C. Haney (No. 5016) <br> PHILLIPS, MCLAUGHLIN & HALL, P.A. <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com <br> *Attorneys for Defendants* |

Dated: May 28, 2024

SO ORDERED this ____ day of _____, 2024.

_____
Judge William C. Bryson