IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCON INC., ALCON VISION, LLC, and ALCON LABORATORIES, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | C.A. No. 22-1422-WCB |
| PADAGIS ISRAEL PHARMACEUTICALS LTD., PADAGIS US LLC, and PADAGIS LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline to file a redacted version of D.I. 161 shall be extended to and through May 31, 2024.

| | |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Megan C. Haney* |
| John W. Shaw (No. 3362) | John C. Phillips, Jr. (No. 110) |
| Karen E. Keller (No. 4489) | Megan C. Haney (No. 5016) |
| Nathan R. Hoeschen (No. 6232) | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| Andrew E. Russell (No. 5382) | 1200 North Broom Street |
| Emily S. DiBenedetto (No. 6779) | Wilmington, DE 19806 |
| SHAW KELLER LLP | (302) 655-4200 |
| I.M. Pei Building | jcp@pmhdelaw.com |
| 1105 North Market Street, 12th Floor | mch@pmhdelaw.com |
| Wilmington, DE 19801 | *Attorneys for Defendants* |
| (302) 298-0700 | |
| jshaw@shawkeller.com | |
| kkeller@shawkeller.com | |
| arussell@shawkeller.com | |
| edibenedetto@shawkeller.com | |
| *Attorneys for Plaintiffs* | |

Dated: May 28, 2024

SO ORDERED this 29th day of May, 2024.

_____
Judge William C. Bryson