IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON INC., ALCON VISION, LLC, and ALCON LABORATORIES, INC., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | C.A. No. 22-1422-WCB |
| ) PADAGIS ISRAEL ) PHARMACEUTICALS LTD., PADAGIS ) US LLC, and PADAGIS LLC, ) ) | |
| Defendants. ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, the parties are in the midst of briefing dispositive and Daubert motions;

WHEREAS, the parties' answering briefs to dispositive and *Daubert* motions are due July 25, 2024;

WHEREAS, the parties' reply briefs to dispositive and *Daubert* motions are due on August 1, 2024;

WHEREAS, the redacted versions of the answering briefs would be due on August 1, 2024 and the redacted versions of the reply briefs would be due on August 8, 2024;

WHEREAS, the parties also must submit redacted versions of letters to the Court concerning the stipulation of non-infringement (D.I. 190, 192), currently due on July 26, 2024 and July 31, 2024, respectively;

WHEREAS, the parties wish to coordinate on the foregoing redacted versions collectively and file all at one time;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline to file redacted versions of (1) any sealed answering briefs to dispositive or *Daubert* motions and any papers in support thereof; (2) any sealed reply briefs to dispositive or *Daubert* motions and any papers in support thereof; (3) D.I. 190; and (4) D.I. 192 shall be extended to August 8, 2024.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Megan C. Haney* |
| John W. Shaw (No. 3362) | John C. Phillips, Jr. (No. 110) |
| Karen E. Keller (No. 4489) | Megan C. Haney (No. 5016) |
| Nathan R. Hoeschen (No. 6232) | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| Andrew E. Russell (No. 5382) | 1200 North Broom Street |
| Emily S. DiBenedetto (No. 6779) | Wilmington, DE 19806 |
| SHAW KELLER LLP | (302) 655-4200 |
| I.M. Pei Building | jcp@pmhdelaw.com |
| 1105 North Market Street, 12th Floor | mch@pmhdelaw.com |
| Wilmington, DE 19801 | *Attorneys for Defendants* |
| (302) 298-0700 | |
| jshaw@shawkeller.com | |
| kkeller@shawkeller.com | |
| arussell@shawkeller.com | |
| edibenedetto@shawkeller.com | |
| *Attorneys for Plaintiffs* | |

Dated:  July 25, 2024

SO ORDERED this 25th day of July, 2024.

_____
Judge William C. Bryson