PHILLIPS, McLAUGHLIN & HALL, P.A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pmhdelaw.com

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

July 30, 2024

**VIA CM/ECF**
The Honorable William C. Bryson
United States Court of Appeals
Howard T. Markey National
Courts Building
717 Madison Place, N.W.
Washington, DC 20439-0000

Re:    *Alcon Inc., et al. v. Padagis Israel Pharmaceuticals Ltd., et al.*
       C.A. No. 22-1422-WCB

Dear Judge Bryson:

      I represent Defendants Padagis Israel Pharmaceuticals Ltd., Padagis US LLC, and
Padagis LLC, and I submit this letter jointly on behalf of all parties.  The Court did not set a date
for the pretrial conference during the Rule 16 scheduling conference held in this matter and
stated in the Scheduling Order that the pretrial conference would take place on "a date to be
determined."  D.I 19 at ¶ 14.  The parties have conferred and respectfully request that, subject to
the Court's availability, the pretrial conference take place on September 20, 2024 at a time that is
convenient to the Court.  The parties make this request based on comments made by Your Honor
during the scheduling conference that the Court would prefer to hold the pretrial conference 30
days before trial, which is scheduled to begin on October 21, 2024.

                                                  Respectfully submitted,

                                                  */s/ John C. Phillips, Jr.*

                                                  John C. Phillips, Jr. (#110)

cc:    Clerk of Court (by CM/ECF)
       All counsel of record (by CM/ECF & Email)