**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALCON INC., ALCON VISION, LLC, and ALCON LABORATORIES, INC., ) ) ) | |
| Plaintiffs, ) ) | C.A. No.1:22-cv-01422 WCB |
| v. ) | |
| PADAGIS ISRAEL PHARMACEUTICALS LTD., PADAGIS US LLC, and PADAGIS LLC, ) ) ) ) | |
| Defendants. ) ) | |

## JOINT NOTICE OF ATTENDEES AT TRIAL AND ELECTRONIC EQUIPMENT

## AND ORDER

## I.    ATTENDEES AT TRIAL AND DIGITAL EQUIPMENT

The following persons will be in attendance at trial, along with a listing of electronic equipment that will be in their possession, in the above matter from October 21 through October 25, 2024:

- Ahlemeyer, Nicholas – Phone

- Albert, Emilie – Phone

- Anderson, Charles – Bankers boxes containing trial exhibit binders, documents, and bottled water

- Arenberg, Bailey – Phone, laptop

- Bone, Michelle – Two phones, phone charger, laptop

- Budnyatsky, Igor – Phone, laptop

- Chandrasekhar, Purna – Phone, laptop

- Cheek, Andrea – Phone, laptop

- Clark, Landon – Two phones, laptop

- Cullis, Jane – Two phones, laptop

- Curiel, Ryan – Phone, laptop, laptop charger, mouse, external battery with cable

- Dichtel, William – Phone, laptop

- Dunn, Linda – Phone

- Dyar, Craig - Phone

- Fechtner, Robert – Phone

- Feinstein, Ari – Phone, laptop

- Gaballah, Mena – Phone, laptop, portable monitor, mouse

- Golian, Tyler – Phone, laptop

- Helm, Jeremiah – Phone, laptop

- Holland, Elizabeth – Phone, laptop

- Hone, Zach - Phone, two laptops, monitor, splitter, switcher/splitter, speaker, two laptop mice, HDMI cables (5-6) (3, 6, and 15 feet), two power packs for laptops, presenter/clicker, power strips, Elmo/document camera, table

- James, William – Phone, laptop

- Jampel, Henry – Phone

- Jorgensen, William - Phone

- Kabra, Bhagwati – Phone, laptop

- Kieckhafer, Katherine – Two phones, laptop

- Little, Steven - Phone, iPad, battery pack

- Malkiewicz, Michal - Phone

- Margolis, Dan – Phone, laptop

- Martinez, Louis – Phone, Apple Watch and hotspot

- McDuff, DeForest – Phone and iPad

- Miller, Tammy – Two phones, laptop, laptop charger, bankers boxes with trial documents

- Murphy, Jeff – Three phones, two HP laptops, USB Drives, hard drive, one DA, one switch, two presentation pointers

- Pierson, Adam – Two phones, laptop, iPad

- Pitzel Cruz, Carol – Phone, laptop, phone charger

- Prokop, Jeffrey – Two phones, iPad

- Robinson, Mykia – Phone, laptop

- Ryan, Patrick – Phone, laptop

- Tamburri, Rose – Court Reporter, Steno machine, laptop, iPads for Realtime

- Ventura, Nicole – Phone, laptop, charger, bankers boxes with trial documents

- Zhanel, George – Phone

- Zimmerman, William – Phone, laptop

## II.    ATTENDEES AT SET-UP FOR TRIAL AND EQUIPMENT TO BE SET UP

On October 18, 2024, the following persons may attend the Courthouse to set up equipment on behalf of Plaintiffs and Defendants and will have the following digital equipment with them:

- Albert, Emilie – Phone

- Anderson, Charles – Bankers boxes containing trial exhibit binders, documents, and bottled water

- Aquipt Technician – Six 21.5 LCD monitors, document camera, DaLite Projecto stand (25"x17") w/skirt, two tech tables (18"x60") w/skirts, two Extron 1 In X 6 Out HDMI DA, Extron 4 In X 1 Out HDMI Switch (3 HDMI 1 VGA), two CAP-1 Computer Audio Patch (Mono), one Fender 150W Speakers (1Pair), three Shure Wireless Lavalier Mic w/Recv.

- Budnyatsky, Igor – Phone, laptop

- Cheek, Andrea – Phone, laptop

- Curiel, Ryan – Phone, laptop

- Dunn, Linda – Phone

- Feinstein, Ari – Phone, laptop

- Helm, Jeremiah – Phone, laptop

- Hone, Zach - Phone, two laptops, Monitor, Splitter, Switcher/Splitter, Speaker, two laptop mice, HDMI cables (5-6) (3, 6, and 15 feet), two power packs for laptops, presenter/clicker, power strips, Elmo/document camera, table

- Martinez, Louis – Phone, Apple Watch and hotspot

- Miller, Tammy – Two phones, laptop

- Murphy, Jeffrey – Two HP laptops, USB Drives, hard drives, two presentation pointers, mini switch

- Pitzel Cruz, Carol – Phone, laptop, phone charger

- Robinson, Mykia – Phone, laptop

- Ventura, Nicole – Phone, laptop

- Zimmerman, William – Phone, laptop

**The equipment to be brought into the Courtroom:**

- Monitor for Judge Bryson, witness, podium, counsel table of plaintiff, counsel table for defendant

- Presentation laptops

- Projector

- Projector screen

- 2 port replicators / switch (distribution amp)

- Document camera

- Microphones

- Speakers

- Audio mixer

- 2 laptop power supply

- 2 sets of wireless keyboard and mice

- Power strips

- 45 feet of cabling and power cords

- Backpacks, briefcases, or purses

- Bankers boxes of exhibits, miscellaneous materials, and water

- Tech table

**Equipment to be brought into the breakout room:**

- Portable printer and USB cable

- Toner cartridges

- Supplies, i.e., paper, legal pads, pens, markers, flags, water

## III.    DOCUMENTS TO BE BROUGHT TO COURT ON TRIAL DAYS

- Various printed materials including exhibits, witness binders, and other reference materials.

Dated: October 16, 2024                    Respectfully submitted

                                           */s/ Emily S. DiBenedetto*
                                           John W. Shaw (No. 3362)
                                           Karen E. Keller (No. 4489)
                                           Andrew E. Russell (No. 5382)
                                           Emily S. DiBenedetto (No. 6779)
                                           SHAW KELLER LLP
                                           I.M. Pei Building
                                           1105 North Market Street, 12th Floor
                                           Wilmington, DE 19801
                                           (302) 298-0700
                                           jshaw@shawkeller.com
                                           kkeller@shawkeller.com

arussell@shawkeller.com
edibenedetto@shawkeller.com

OF COUNSEL:
Elizabeth J. Holland (admitted *pro hac vice*)
Daniel P. Margolis (admitted *pro hac vice*)
Mena J. Gaballah (admitted *pro hac vice*)
Ayyan S. Zubair (admitted *pro hac vice*)
Jane Cullis (admitted *pro hac vice*)
ALLEN OVERY SHEARMAN
STERLING, US LLP
1221 Avenue of the Americas
New York, NY 10020
elizabeth.holland@aoshearman.com
daniel.margolis@aoshearman.com
mena.gaballah@aoshearman.com
ayyan.zubair@aoshearman.com
jane.cullis@aoshearman.com

Katherine P. Kieckhafer (admitted *pro hac vice*)
ALLEN OVERY SHEARMAN
STERLING, US LLP
One Beacon Street
Boston, MA 02108
katherine.kieckhafer@aoshearman.com

William G. James (admitted *pro hac vice*)
Michelle Bone (admitted *pro hac vice*)
ALLEN OVERY SHEARMAN
STERLING, US LLP
1101 New York Avenue, NW
Washington, D.C. 20005
william.james@aoshearman.com
michelle.bone@aoshearman.com

*Attorneys for Plaintiffs*

*/s/ Megan C. Haney*
John C. Phillips (No. 110)
David A. Bilson (No. 4986)
Megan C. Haney (No. 5016)
PHILLIPS, McLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806
302-655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com
mch@pmhdelaw.com

Carol Pitzel Cruz (admitted pro hac vice)
Knobbe, Martens, Olson & Bear, LLP
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
(206) 405-2000 Telephone
(206) 405-2001 Facsimile
carol.pitzel.cruz@knobbe.com

Bill Zimmerman (admitted pro hac vice)
Andrea Cheek (admitted pro hac vice)
Aryeh Feinstein (admitted pro hac vice)
Knobbe, Martens, Olson & Bear, LLP
1717 Pennsylvania Ave. N.W. Ste. 900
Washington, D.C. 20006
(202) 640-6400 Telephone
(202) 640-6401 Facsimile
bill.zimmerman@knobbe.com
andrea.cheek@knobbe.com
ari.feinstein@knobbe.com

Jared C. Bunker (admitted pro hac vice)
Jeremiah S. Helm (admitted pro hac vice)
Knobbe, Martens, Olson & Bear, LLP
2040 Main St., 14th Floor
Irvine, CA  92614

8

(949) 760-0404 Telephone
(949) 760-9502 Facsimile
jared.bunker@knobbe.com
jeremiah.Helm@knobbe.com

*Attorneys for Defendants*

## **ORDER**

Having reviewed the above listing of attendees and equipment to be brought to the Courtroom as noted above,

IT IS SO ORDERED.

Date: October 17, 2024

_____
The Honorable William C. Bryson